**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **RAMONA DIAZ,** | § | |
| | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | **CAUSE NO.: 2:18-CV-00267-PJK-SMV** |
| | § | |
| **SUN VIEW IMAGING, L.L.C.** | § | |
| | § | |
| **DEFENDANT.** | § | |

_____

## ORDER GRANTING JOINT MOTION TO EXTEND DEPOSITION DEADLINE
_____

On this day, the Court considered the Joint Motion to Extend Deposition Deadline (Document No. 22). After reviewing the pleading and finding that the parties are in agreement, the Court finds that the Joint Motion to Extend Deposition Deadline is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED as follows:

The depositions of Plaintiff, Mr. Conway, and Mr. Martinez may be conducted by August 31, 2018.

Entered this _3d_ day of August, 2018.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED BY:

DAVIE & VALDEZ, P.C.

*/s/ John P. Valdez*
JOHN P. VALDEZ
1801 N. Stanton
El Paso, Texas  79902
915.838.1100
John@davievaldez.com

*Attorney for Plaintiffs*

APPROVED BY:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/Derek T. Rollins (approved via email 8/1/18)*
Derek T. Rollins
301 Congress Avenue, Suite 1150
Austin Texas 78701
512.344.4700
512.344.4701 Facsimile
derek.rollins@ogletree.com

*Attorney for Defendants Sun View Imaging, L.L.C.*