# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**RAMONA DIAZ,**

    **Plaintiff,**

**v.**                                                           **No. 18-cv-0267 PJK/SMV**

**SUN VIEW IMAGING, LLC,**

    **Defendant.**

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

The telephonic status conference set for August 6, 2018, is **VACATED**. The telephonic status conference is **RESET** for:

    **Date and time**:    September 11, 2018, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

Counsel must call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.